# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
        **PLAINTIFF,**

**vs.**　　　　　　　　　　　　　　　　　　　**CASE NO.** 19-40074-HLT

**JOHN THOMPSON,**
        **DEFENDANTS.**

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### MAINTAINING A DRUG INVOLVED PREMISE

Beginning on a date unknown to the Grand Jury, but in or before October 26, 2018, and continuing to in or after February 2019, in the District of Kansas, the defendant,

**JOHN THOMPSON,**

knowingly opened, leased, rented, used, and maintained a place, namely, 820 Colorado Street, Apt. 1, Manhattan, Kansas, whether permanently or temporarily, for the purpose of manufacturing, distributing, and using controlled substances, including: heroin, a Schedule I controlled substances; fentanyl, a Schedule II controlled substance; and, methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Section 856, with reference to Title 18, United States Code, Section 2.

1

## COUNT 2
### POSSESSION WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

On or about July 24, 2019, in the District of Kansas, the defendant,

**JOHN THOMPSON,**

knowingly and intentionally possessed with the intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) with reference to Title 21, United States Code, Section 841(b)(1)(C).

**A TRUE BILL.**

August 21, 2019                              *s/Foreperson*
DATE                                         FOREPERSON OF THE GRAND JURY


 Skipper Jacobs #26848
for Stephen R. McAllister, #15845
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Stephen.mcallister@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]